FILED

06/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0104

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Case No. DA-22-0104

*****************************

In re the Marriage of

**JUDY L. SHIFFMAN,**

   **Petitioner and Appellee,**
 **and**

**WILLIAM F. SHIFFMAN,**

   **Respondent and Appellant**
 **and**

**SEAN CRUM,**

   **Intervenor.**

## ORDER GRANTING EXTENSION
## OF TIME TO FILE APPELLEE AND INTERVENOR BRIEFS

Upon review of the Appellee's and the Intervenor's *Unopposed Joint Motion for Extension of Time to File Appellee and Intervenor Briefs*, and for good cause appearing, the Court orders as follows:

IT IS HEREBY ORDERED that the Appellee and the Intervenor are granted an extension of time to file their respective Briefs on Appeal from August 12, 2022, to and including September 12, 2022.

IT IS SO ORDERED.

DATED AND ELECTRONICALLY SIGNED BELOW.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 30 2022